Generated: May 5, 2023 4:40PM                                                                                         Page 1/1



# U.S. District Court

## Texas Western - El Paso

Receipt Date: May 5, 2023 4:40PM

Paola Dominguez
2316 Bill Howard Pl
El Paso, TX 79912

Rcpt. No: 1249                    Trans. Date: May 5, 2023 4:40PM                    Cashier ID: #JG

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 402.00 | 402.00 |

| CD | Tender      |              |           | Amt     |
|----|-------------|--------------|-----------|---------|
| MO | Money Order | #28542865770 | 05/5/2023 | $402.00 |

Total Due Prior to Payment: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** CIVIL FILING FEE EP:23CV185FM DOMINGUEZ V KELLER POSTMAN LLC

Clerk, U.S. District Court - El Paso Division - 525 Magoffin Avenue, Suite 105, El Paso, TX 79901 - (915) 534-6725 - www.txwd.uscourts.gov