**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| PAOLA DOMINGUEZ, | ) | CASE NO. 3:23-cv-00185-DCG |
| | ) | |
| Plaintiff | ) | JUDGE FRANK MONTALVO |
| | ) | |
| vs. | ) | |
| | ) | |
| KELLER POSTMAN, LLC and | ) | |
| NATIONAL INTAKE CENTER, LLC, | ) | |
| | ) | |
| Defendants | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Paola Dominguez, Defendant Keller Postman, LLC, and Defendant National Intake Center, LLC have reached a resolution as to all matters in this case. Plaintiff will file a request for dismissal with prejudice within fourteen (14) days of this filing.

Dated: June 2, 2023

Respectfully submitted,

*/s/ Paola Dominguez*
Paola Dominguez
2316 Bill Howard PI
El Paso, Texas 79936
Email: pdomin14@gmail.com

*/s/ David M. Krueger*
David M. Krueger (0085072)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Email: dkrueger@beneschlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to the following all parties that have appeared in this matter. I also certify that I have served a copy of the foregoing by electronic mail on the following parties as follows:

Paola Dominguez
Email: pdomin14@gmail.com

*/s/ David M. Krueger*
David M. Krueger
*One of Defendants' Attorneys*