**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| PAOLA DOMINGUEZ, | ) | CASE NO. 3:23-cv-00185-FM |
| | ) | |
| Plaintiff | ) | JUDGE FRANK MONTALVO |
| | ) | |
| vs. | ) | |
| | ) | |
| KELLER POSTMAN, LLC and | ) | |
| NATIONAL INTAKE CENTER, LLC, | ) | |
| | ) | |
| Defendants | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Paola Dominguez and

Defendants Keller Postman, LLC and National Intake Center, LLC stipulate that the above-entitled

action by Plaintiff is dismissed with prejudice and each party to bear its or her own fees and costs.


Dated:  June 14, 2023                                    Respectfully submitted,

*/s/ Paola Dominguez*                                    */s/ David M. Krueger*
Paola Dominguez                                          David M. Krueger (0085072)
2316 Bill Howard Pl.                                     Benesch, Friedlander, Coplan & Aronoff LLP
El Paso, Texas 79936                                     200 Public Square, Suite 2300
Email: pdomin14@gmail.com                                Cleveland, Ohio 44114-2378
                                                         Telephone:  216.363.4500
                                                         Email: dkrueger@beneschlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to the following all parties that have appeared in this matter. I also certify that I have served a copy of the foregoing by electronic mail on the following parties as follows:

Paola Dominguez
Email: pdomin14@gmail.com

/s/ David M. Krueger
David M. Krueger
*One of Defendants' Attorneys*

22858944 v1